DAYTON BAR ASSOCIATION *v.* OVERMAN.

[Cite as *Dayton Bar Assn. v. Overman* (1996), 75 Ohio St.3d 48.]

(No. 95–2139—Submitted February 6, 1996—Decided February 22, 1996.)

*John Paul Rieser,* for relator.

*John Laurence Overman, pro se.*

*Per Curiam.* Upon review of the record, we concur in the board's findings of misconduct and agree with the recommended sanction. Respondent is therefore ordered permanently disbarred from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, GLASSER, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

GEORGE M. GLASSER, J., of the Sixth Appellate District, sitting for WRIGHT, J.